COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085)
(NEALSC@COOLEY.COM)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

COOLEY GODWARD KRONISH LLP
ANTHONY M. STIEGLER (126414)
(STIEGLERAM@COOLEY.COM)
KENT M. WALKER (173700)
(WALKERKM@COOLEY.COM)
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Plaintiff
Ronald A. Katz Technology Licensing, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re KATZ INTERACTIVE CALL PROCESSING LITIGATION<br><br>This document relates to:<br><br>RONALD A. KATZ TECHNOLOGY LICENSING L.P.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., et al.<br><br>Defendants. | Case No.  07-ML-1816-B-RGK (FFMx)<br><br>Case No. 07-CV-2196-RGK (FFMx)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST AMERICAN AIRLINES, INC. AND FEDERAL EXPRESS DEFENDANTS**<br><br>Date: September 29, 2008<br>Time: 9:00 a.m.<br><br>Judge: Hon. R. Gary Klausner<br>Ctrm: Courtroom 850 |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW

Ronald A. Katz Technology Licensing, L.P. v.
American Airlines, Inc., et al.
07-CV-02196 RGK (FFMx)

1.

PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST AMERICAN, INC. AND FEDERAL EXPRESS DEFENDANTS

TO DEFENDANTS AMERICAN AIRLINES, INC., FEDERAL EXPRESS CORPORATION, FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION AND FEDEX CUSTOMER INFORMATION SERVICES, INC. AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff Ronald A. Katz Technology Licensing, L.P. will, and hereby does, move for partial summary judgment on the affirmative defenses of equitable estoppel and prosecution laches for Defendants American Airlines, Inc. and Defendants Federal Express Corporation, FedEx Corporate Services, Inc., FedEx Corporation and FedEx Customer Information Services, Inc. in accordance with the Court's July 18, 2008 Order (D.I. 2470) extending the cutoff date for filing individual summary judgment motions in this member case to August 5, 2008. The hearing date requested is September 29, 2008 at 9:00 a.m. before the Hon. R. Gary Klausner at Courtroom 850.

This Motion is based upon this Notice of Motion, the accompanying memorandum in support and the statement of uncontroverted facts and conclusions of law, declarations, and exhibits filed therewith.

Dated: August 5, 2008         COOLEY GODWARD KRONISH LLP


 /s/ *Kent M. Walker*
Kent M. Walker (173700)

Attorneys for Plaintiff
Ronald A. Katz Technology Licensing, L.P.

---

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW

**Ronald A. Katz Technology Licensing, L.P. v. American Airlines, Inc., et al.**
**07-CV-02196 RGK (FFMx)**

2.

PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST AMERICAN, INC. AND FEDERAL EXPRESS DEFENDANTS