UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re KATZ INTERACTIVE CALL PROCESSING LITIGATION<br><br>This document relates to:<br><br>RONALD A. KATZ TECHNOLOGY LICENSING L.P.<br><br>                  Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC., et al.<br><br>                  Defendants. | Case No. 07-ML-1816-B-RGK (FFMx)<br><br>Case No. 07-CV-2196-RGK (FFMx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE AMERICAN AIRLINES, INC. AND FEDERAL EXPRESS DEFENDANTS**<br><br>Date: September 29, 2008<br>Time: 9:00 a.m.<br><br>Judge: Hon. R. Gary Klausner<br>Ctrm: Courtroom 850 |

Plaintiff Ronald A. Katz Technology Licensing, L.P. (hereinafter, "Katz") has filed a Motion for Partial Summary Judgment on the affirmative defenses of equitable estoppel and prosecution laches for Defendants American Airlines, Inc. (hereinafter, "American") and Defendants Federal Express Corporation, FedEx Corporate Services, Inc., FedEx Corporation and FedEx Customer Information Services, Inc. (hereinafter, "FedEx"). Having considered the motion, supporting memorandum and exhibits, the opposition to the motion, and the other pleadings and filings in this proceeding, and for good cause appearing,

IT IS HEREBY ORDERED that:

(1) Plaintiff's Motion for Summary Judgment on American's Affirmative Defense of equitable estoppel is hereby GRANTED. American's Sixth Affirmative Defense of equitable estoppel is hereby DISMISSED with prejudice.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW

Ronald A. Katz Technology Licensing, L.P. v.
American Airlines, Inc., et al.
07-CV-02196 RGK (FFMx)

1.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT AGAINST
AMERICAN AIRLINES AND FEDERAL EXPRESS

(2) Plaintiff's Motion for Summary Judgment on American's Affirmative Defense of prosecution laches is hereby GRANTED.  American's Eleventh Affirmative Defense of prosecution laches is hereby DISMISSED with prejudice.

(3) Plaintiff's Motion for Summary Judgment on FedEx's Affirmative Defense of equitable estoppel is hereby GRANTED.  FedEx's Twenty-Eighth Affirmative Defense of equitable estoppel is hereby DISMISSED with prejudice.

(4) Plaintiff's Motion for Summary Judgment on FedEx's Affirmative Defense of prosecution laches is hereby GRANTED.  FedEx's Twenty-Seventh Affirmative Defense of prosecution laches is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: _____     By:_____
                                  HONORABLE R. GARY KLAUSNER