COOLEY GODWARD KRONISH LLP
Stephen C. Neal (170085)
(nealsc@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

COOLEY GODWARD KRONISH LLP
Kent M. Walker (173700)
(walkerkm@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| In Re KATZ INTERACTIVE CALL PROCESSING LITIGATION<br><br>This document relates to:<br><br>Ronald A. Katz Technology Licensing L.P.,<br><br>Plaintiff,<br><br>v.<br><br>American Airlines, Inc., et. al.,<br><br>Defendant. | Case No. 07-CV-02196-RGK (FFMx)<br><br>Case No. 07-ML-1816-B-RGK (FFMx)<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT AMERICAN BEACON ADVISORS, INC.**<br><br>**Honorable R. Gary Klausner**<br>Courtroom: 850<br>Discovery Cutoff: May 14, 2008 |

1 **WHEREAS**: (1) on August 21, 2006, Plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") filed a Complaint in the United States District Court for the Eastern District of Texas commencing Civil Action No. 2:06 CV 334-DF (the "Action") against Defendant American Beacon Advisors, Inc. ("American Beacon"); (2) on October 16, 2006, American Beacon filed its Answer and Counterclaims to RAKTL's Complaint; (3) on November 9, 2006, RAKTL filed its Reply to the Counterclaims; (4) in an order filed on March 20, 2007 in the Clerk's Office of the Judicial Panel on Multidistrict Litigation as Docket No. 1186 (the "MDL Order"), the Judicial Panel entered a Transfer Order in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the Action and other actions to this Court, and on March 30, 2007, the MDL Order was filed in the Clerk's Office of this Court; (5) on December 12, 2007, RAKTL filed an Amended Complaint in the Action in the United States District Court of California (Civil Action 07-2196 RGK (FMMx)); (6) on January 11, 2008, American Beacon filed its Amended Answer and Counterclaims to RAKTL's First Amended Complaint; (7) on January 28, 2008, RAKTL filed its Reply to American Beacon's Amended Answer and Counterclaims; and (8) RAKTL and American Beacon have reached a mutually satisfactory resolution of all issues between them that were the subject of the Action;

**NOW, THEREFORE**, RAKTL and American Beacon jointly request and stipulate to the entry of an Order providing that:

1. All claims asserted by RAKTL against American Beacon and all counterclaims asserted by American Beacon against RAKTL in the Action are dismissed with prejudice;

2. Each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of the Action;

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

*Case No. CV-07-2196- RGK (FFMx)*     1     STIP. OF DISMISSAL OF DEF. AMERICAN BEACON ADVISORS, INC.

3.  The Court that presided over the Action before the MDL Order was entered shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

4.  All unresolved pending motions in the Action between these settling parties shall be denied as moot.

IT IS SO STIPULATED:

Dated: November 24, 2008

COOLEY GODWARD KRONISH LLP
KENT M. WALKER

*/s/ Kent M. Walker*
Kent M. Walker

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

Dated: November 24, 2008

MCKOOL SMITH LLP
PETER J. AYERS

*/s/ Kent M. Walker for and with permission of*
Peter J. Ayers

Attorneys for Defendant
AMERICAN BEACON ADVISORS, Inc.

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

Case No. CV-07-2196- RGK (FFMx)        2        STIP. OF DISMISSAL OF DEF. AMERICAN BEACON ADVISORS, INC.