```
1    COOLEY GODWARD KRONISH LLP
     STEPHEN C. NEAL (CA BAR NO. 170085)
2    (NEALSC@COOLEY.COM)
     Five Palo Alto Square
3    3000 El Camino Real
     Palo Alto, CA  94306-2155
4    Telephone:  (650) 843-5000
     Facsimile:   (650) 857-0663
5
     COOLEY GODWARD KRONISH LLP
6    KENT M. WALKER (173700)
     (walkerkm@cooley.com)
7    4401 Eastgate Mall
     San Diego, CA  92121-1909
8    Telephone:  (858) 550-6000
     Facsimile:   (858) 550-6420
9
     Attorneys for Plaintiff
10   RONALD A. KATZ TECHNOLOGY LICENSING, L.P.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re KATZ INTERACTIVE CALL PROCESSING LITIGATION<br><br>This document relates to:<br><br>Ronald A. Katz Technology Licensing, L.P.<br><br>v.<br><br>American Airlines, Inc., et al. | Case No. CV 2:07-ml-01816-B RGK FFM<br><br>Case No. CV 07-2196 RGK (FFMx) ✓<br><br>(Underlying Civil Action, No. 2:06 CV 334-DF, U.S.D.C., E.D. Texas)<br><br>**PROPOSED ORDER DISMISSING AMERICAN BEACON ADVISORS, INC.** |

1  **WHEREAS**: (1) on August 21, 2006, Plaintiff Ronald A. Katz
2  Technology Licensing, L.P. ("RAKTL") filed a Complaint in the United States
3  District Court for the Eastern District of Texas commencing Civil Action No. 2:06
4  CV 334-DF (the "Action") against Defendant American Beacon Advisors, Inc.
5  ("American Beacon"); (2) on, October 16, 2006, American Beacon filed its Answer
6  and Counterclaims to RAKTL's Complaint; (3) on, November 9, 2006, RAKTL
7  filed its Reply to the Counterclaims; (4) in an order filed on March 20, 2007 in the
8  Clerk's Office of the Judicial Panel on Multidistrict Litigation as Docket No. 1186
9  (the "MDL Order"), the Judicial Panel entered a Transfer Order in the matter
10 captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the
11 Action and other actions to this Court, and on March 30, 2007, the MDL Order was
12 filed in the Clerk's Office of this Court; (5) on December 12, 2007, RAKTL filed
13 an Amended Complaint in the Action in the United States District Court of
14 California (Civil Action 07-2196 RGK (FMMx)); (6) on, January 11, 2008,
15 American Beacon filed its Amended Answer and Counterclaims to RAKTL's First
16 Amended Complaint; (7) on, January 28, 2008, RAKTL filed its Reply to American
17 Beacon's Amended Answer and Counterclaims; and (8) RAKTL and American
18 Beacon have reached a mutually satisfactory resolution of all issues between them
19 that were the subject of the Action; (9) RAKTL and American Beacon have filed a
20 Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that
21 the parties have reached a mutually satisfactory resolution of all issues between
22 them that were the subject of this Action as between them; and (10) after
23 considering the Stipulation, the Court is of the opinion that the Stipulation should
24 be granted and therefore, it is hereby:
25     1.   **ORDERED, ADJUDGED AND DECREED** that all claims
26 asserted by RAKTL against American Beacon and all counterclaims asserted by
27 American Beacon against RAKTL are dismissed with prejudice;
28

2. **ORDERED, ADJUDGED AND DECREED** that each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of the Action;

3. **ORDERED, ADJUDGED AND DECREED** that the Court that presided over the Action before the MDL Order was entered shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

4. **ORDERED, ADJUDGED AND DECREED** that all unresolved pending motions in the Action between these settling parties shall be denied as moot.

So **ORDERED** and **SIGNED** this 1st day of December, 2008.

_____
Honorable R. Gary Klausner, United States District Judge