GARY A. CLARK, Cal. Bar No. 65455
E-mail: gclark@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

JEFFREY A. BERKOWITZ
E-mail: jeffrey.berkowitz@finnegan.com
YORK M. FAULKNER
E-mail: york.faulkner@finnegan.com
JAMES J. BOYLE
E-mail: james.boyle@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
11955 Freedom Drive
Reston, Virginia 20190-5675
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

Attorneys for Defendants
FEDEX CORPORATION, FEDERAL EXPRESS
CORPORATION, FEDEX CORPORATE SERVICES, INC.
and FEDEX CUSTOMER INFORMATION SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re:<br>KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION.<br><br>This document relates to:<br>Ronald A. Katz Technology Licensing, L.P. v. Federal Express Corporation et al.<br>CV 07-2196 RGK (FFMx) | Case No. 2:07-ml-01816-RGK-B-FFM<br><br>[~~AMENDED PROPOSED~~]<br>**JUDGMENT AND ORDER**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom 850 |

1    In accordance with the findings and rulings set out in the Court's Order Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Section 112, dated June 19, 2008 (D.I. 2330; D.I. 270 in CV 07-2196 RGK (FFMx)), the Court's Order Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Section 102 and 103, dated August 4, 2008 (D.I. 2547; D.I. 295 in CV 07-2196 RGK (FFMx)), and in the Court's Order on the Parties' Individual Summary Judgment Motions, dated May 1, 2009 (D.I. 6332; D.I. 496 in CV 07-2196 RGK (FFMx)), the Court enters this Final Judgment pursuant to Fed.R.Civ.P. 54(b) upon an express determination that there is no just reason for delay due to the multiple parties and claims involved in *In Re Katz Interactive Call Processing Patent Litigation* (2:07-ml-01816-RGK-B-FFM). The counterclaims of Federal Express Corporation, FedEx Corporate Services, Inc., FedEx Corporation, and FedEx Customer Information Services, Inc. are dismissed without prejudice as moot.

**IT IS THEREFORE ORDERED THAT** judgment is entered for Defendants Federal Express Corporation, FedEx Corporate Services, Inc., FedEx Corporation, and FedEx Customer Information Services, Inc. against Plaintiff Ronald A. Katz Technology Licensing L.P.

///
///
///
///
///
///
///
///
///

**IT IS FURTHER ORDERED THAT** costs are taxed against Plaintiff Ronald A. Katz Technology Licensing, L.P. All pending motions not previously ruled on are denied. All issues having been disposed of, this is a Final Judgment and is appealable.

Date: 5/22/2009

_____
HONORABLE R. GARY KLAUSNER

Submitted by:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Gary A. Clark*
        GARY A. CLARK

Attorneys for Defendants
FEDEX CORPORATION, FEDERAL EXPRESS CORPORATION, FEDEX CORPORATE SERVICES, INC. and FEDEX CUSTOMER INFORMATION SERVICES, INC.