1  VERNON M. WINTERS (Bar No. 130128)
   vern.winters@weil.com
2  CHRISTOPHER J. COX (Bar No. 151650)
   chris.cox@weil.com
3  JILL J. HO (Bar No. 236349)
   jill.ho@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
5  Redwood Shores, CA 94065-1175
   Telephone: (650) 802-3000
6  Facsimile: (650) 802-3100

7  MIKE McKOOL, JR.
   mmckool@mckoolsmith.com
8  MCKOOL SMITH P.C.
   300 Crescent Court, Suite 1500
9  Dallas, TX 75201
   Telephone: (214) 978-4000
10 Facsimile: (214) 978-4044

11 PETER J. AYERS
   payers@mckoolsmith.com
12 MCKOOL SMITH P.C.
   300 W. Sixth Street, #1700
13 Austin, TX 78701
   Telephone: (512) 692-8700
14 Facsimile: (512) 692-8744

15 Attorneys for Defendant
   AMERICAN AIRLINES, INC.
16

17              UNITED STATES DISTRICT COURT
18              CENTRAL DISTRICT OF CALIFORNIA
19                     WESTERN DIVISION
20

| IN RE: KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION | Case No. 07-ML-01816-B RGK (FFMx) |
|---|---|
| This document relates to: | [PROPOSED] JUDGMENT |
| Ronald A. Katz Technology Licensing L.P. v. American Airlines, Inc., et al. CV 07-2196 RGK (FFMx) | The Honorable R. Gary Klausner |

[PROPOSED] JUDGMENT

For the reasons stated in the Court's orders dated June 19, 2008 and August 4, 2008, granting summary judgment of invalidity with respect to various claims asserted by plaintiff Ronald A. Katz Technology Licensing, L.P. ("RAKTL") as well as the Court's order dated May 1, 2009, granting summary judgment of non-infringement with respect to the remaining claims asserted against defendant American Airlines, Inc. ("American"), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant American and against plaintiff RAKTL. The counterclaims of America Airlines, Inc. are dismissed without prejudice as moot.

IT IS SO ORDERED.

Dated: 05.22, 2009

By: _____
Hon. R. Gary Klausner
United States District Court

-2-

[PROPOSED] JUDGMENT