1  STEPHEN C. NEAL (170085)
   (nealsc@cooley.com)
2  LORI R.E. PLOEGER (202113)
   (lploeger@cooley.com)
3  COOLEY GODWARD KRONISH LLP
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA 94306-2155
5  Telephone: (650) 843-5000
   Facsimile: (650) 857-0663
6
7  FRANK V. PIETRANTONIO (pro hac vice)
   (fpietrantonio@cooley.com)
8  JONATHAN G. GRAVES (pro hac vice)
   (jgraves@cooley.com)
9  One Freedom Square, Reston Town Center
   11951 Freedom Drive
10 Reston, VA  20190-5656
   Telephone:  (703) 456-8000
11 Facsimile:   (703) 456-8100
12 Attorneys for Plaintiff
   RONALD A. KATZ TECHNOLOGY LICENSING L.P. in
13 the Cases Transferred from the Eastern District of Texas
   except *Katz v. GE*
14
15                UNITED STATES DISTRICT COURT
16                CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
17

| | |
|---|---|
| In Re KATZ INTERACTIVE CALL PROCESSING LITIGATION | Case No.  07-ML-1816-B-RGK (FFMx) |
| This document relates to: | Case No. CV07-2196-RGK (FFMx) |
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., | |
| Plaintiff and Counter Defendant, | **PLAINTIFF RONALD A. KATZ TECHNOLOGY LICENSING, L.P.'S AMENDED NOTICE OF APPEAL** |
| v. | |
| AMERICAN AIRLINES, INC., et al., | Judge: Hon. R. Gary Klausner |
| Defendants and Counter- Claimants. | |

18
19
20
21
22
23
24
25
26
27
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Notice is hereby given that Ronald A. Katz Technology Licensing, L.P., plaintiff and counter-defendant in the above-named case, hereby amends the Notice of Appeal to the United States Court of Appeals for the Federal Circuit, originally filed in the United States District Court for the Central District of California on June 22, 2009 (MDL Dkt. No. 6601), from the final judgment entered in this action in the United States District Court for the Central District of California on or about May 27, 2009, in favor of American Airlines, Inc. [AA Dkt. No. 510, MDL Dkt. No. 6480], Federal Express Corporation, FedEx Corporate Services, Inc., FedEx Corporation, and FedEx Customer Information Services, Inc. [AA Dkt. No. 509, MDL Dkt. No. 6477], and from all interlocutory orders that gave rise to that judgment including, without limitation, the Court's Further Status Conference Order of August 14, 2007 [AA Dkt. No. 79, MDL Dkt. No. 125], the Court's Order of August 14, 2007, amending its Further Status Conference Order [AA Dkt. No. 87, MDL Dkt. No. 211],  the Court's Order of August 31, 2007, re Defendant Ahold USA, Inc., et al.'s Motion to Limit Claims (DE 55) and Defendant T-Mobile's Motion to Limit Claims (DE 89) [MDL Dkt. No. 221], the Court's Order re: Claim Construction dated February 21, 2008 [AA Dkt. No. 148, MDL Dkt. No. 1448], the Court's Order Granting in Part and Denying in Part Defendants' Joint Summary Judgment of Invalidity Under Section 102 and 103, dated August 4, 2008 [AA Dkt. No. 295, MDL Dkt. No. 2547], the Court's Order Granting in Part Plaintiff's Motions for Relief from the Court's August 31, 2007 Order Limiting Claims, dated March 13, 2008 [AA Dkt. No. 180, MDL Dkt. No. 1712], the Court's Order Denying Plaintiff's Motion to Sever and Stay Concerning Non-Selected Claims, dated March 27, 2008 [AA Dkt. No. 184, MDL Dkt. No. 1817], the Court's Order Clarifying the March 13, 2008 Order and Denying Defendants' Motion to Strike, dated March 3, 2008 (sic) [AA Dkt. No. 189, MDL Dkt. No. 1847], the Court's Order of May 20, 2008, Granting Defendants' Ex Parte Application to Enforce the Court's March 13, 2008 Order Limiting Claims [AA Dkt. No. 251,

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NOS. 2:07-CV-2196-RGK-FFMx
AND 2:07-ML-01816-B-RGK-FFMx

2.

AMENDED NOTICE OF APPEAL

MDL Dkt. No. 2173], the Court's Order Granting in Part and Denying in Part Defendants' Joint Motion for Summary Judgment of Invalidity Under Section 112 dated June 19, 2008 [AA Dkt. No. 270, MDL Dkt. No. 2330], the Court's Order of March 11, 2009, Granting in Part Certain Defendants' Memorandum in Support of Motion to Strike Edward G. Fiorito's Expert Reports and to Exclude His Expert Testimony [AA Dkt. No. 490, MDL Dkt. No. 5388], and the Court's Order of May 1, 2009 Ruling on American Airlines, Federal Express, and Katz's Individual Summary Judgment Motions [AA Dkt. No. 496, MDL Dkt. No. 6332]; and from the Bill of Costs entered in this action in the United States District Court for the Central District of California on or about July 2, 2009, in favor of American Airlines, Inc. (MDL Dkt. No. 6623), and the Court's (In Chambers) Order of September 8, 2009, Denying in Part and Granting in Part Plaintiff's Motion to Retax Costs re American Airlines (AA Dkt. No. 556, MDL Dkt. No. 6755).

Dated:   September 16, 2009           COOLEY GODWARD KRONISH LLP


                                       */s/ Jonathan G. Graves*
                                       Jonathan G. Graves (pro hac vice)

                                       Attorneys for Plaintiff
                                       RONALD A. KATZ TECHNOLOGY
                                       LICENSING, L.P.

1146420 v1/SF